**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROGER WHITLEY and DEBRA WHITLEY**, husband and wife, | : | **CIVIL ACTION NO. 1:12-CV-1942** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **JAMES CRAFT & SON, INC., HARTFORD LIFE INSURANCE COMPANY** a/k/a **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** d/b/a **THE HARTFORD COMPANY**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 5th day of November, 2012, upon consideration of the motion for voluntary dismissal (Doc. 2), it is hereby ORDERED that said motion is GRANTED. In accordance with F.R.C.P. 41(a), the Complaint in the Nature of Interpleader filed by plaintiffs is DISMISSED.

           S/ Christopher C. Conner
           CHRISTOPHER C. CONNER
           United States District Judge